IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMMY L. BROWN, | ) |
|         Plaintiff, | ) |
| vs. | ) Case No. 11-cv-0414-MJR-SCW |
| RUSSELL J. GOINS,<br>NATHAN E. BOYER,<br>JAMES M. KESSEL,<br>ROBERT N. WEAVER,<br>NURSE KIMBERLY,<br>BENNY DALLAS, and<br>LIEUTENANT HARRIS, | ) |
|         Defendants. | ) |

## ORDER OF DISMISSAL

REAGAN, District Judge:

Sammy L. Brown filed this prisoner civil rights suit in the U.S. District Court for the Central District of Illinois. The Central District ordered Brown to file an amended complaint. Shortly after Brown did, the Central District reviewed the complaint, determined that it should have been filed in the Southern District of Illinois, and transferred the case to this Court.

In August 2012, on threshold review under 28 U.S.C. 1915A, the undersigned Judge dismissed several Defendants and ordered service on the seven Defendants who remained (listed in the above style of the case). Plaintiff mailed motions <u>to</u> this Court *after* the case was transferred here (e.g., a motion to appoint counsel in May 2012), and mail successfully reached him <u>from</u> this Court for several months thereafter. But copies of Orders sent by the Court to Plaintiff then began to be returned as undeliverable (see Docs. 36, 37, 38), despite the fact that Plaintiff had been plainly advised of his duty to keep this Court promptly apprised of any change in his address.

A Show Cause Order was issued on October 18, 2012, ordering Plaintiff to provide a current address by November 20, 2012 or face dismissal of this action for want of prosecution (see Doc. 39). That Order was returned to the Court as undeliverable, the November 20th deadline elapsed, and as of December 5, 2012, the Court still has no current address for Plaintiff.

The record before the Court clearly indicates that Plaintiff has failed to prosecute this action. Accordingly, the undersigned District Judge hereby **DISMISSES** this case with prejudice, pursuant to Federal Rule of Civil Procedure 41(b).

IT IS SO ORDERED.

DATED December 5, 2012.

                                            s/ Michael J. Reagan
                                            Michael J. Reagan
                                            United States District Judge